UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICHARD YUENGLING** and
**REBECCA YUENGLING,**

    Plaintiffs,

v.                                                   Case No: 8:22-cv-1787-MSS-SPF

**PASCO COUNTY SCHOOL**
**BOARD, PASCO COUNTY**
**SHERIFF'S OFFICE, KURT S.**
**BROWNING, RAY GADD, CHRIS**
**NOCCO, ERIC SELTZER, CHRIS**
**JOYAL, STACEY JENKINS** and
**JEFF HARRINGTON,**

    Defendants.

_____

## ORDER

    **THIS CAUSE** came before the Court for consideration of the Emergency Motion for Temporary Restraining Order filed by Plaintiffs. (Dkt. 5) The Parties have now resolved all of the issues regarding the Motion for Temporary Restraining Order via a settlement facilitated by Magistrate Judge Porcelli. Accordingly, the Motion for Temporary Restraining Order, (Dkt. 5), is **DENIED AS MOOT by stipulation.** The matter shall proceed in the normal course with respect to all other aspects of the case not resolved by the Parties' settlement of the Motion for Temporary Restraining Order.

    **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person